**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK SILVA, | ) | CASE NO. CV 14-03188 CJC (RZ) |
|         Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|    vs. | ) ) | |
| MONTGOMERY, WARDEN, | ) ) | |
|         Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the First Interim Report. The Court accepts the findings and recommendations of the Magistrate Judge and dismisses Claims 1, 2 and 3 from the action with prejudice.

DATED: July 29, 2014

                                          CORMAC J. CARNEY
                                UNITED STATES DISTRICT JUDGE