О

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK SILVA, | ) | CASE NO. CV 14-03188 CJC (RZ) |
|                 Petitioner, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MONTGOMERY, WARDEN, | ) ) | |
|                 Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 28, 2015

                                              CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE