O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK SILVA, | ) | CASE NO. CV 14-03188 CJC (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MONTGOMERY, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of FRANK SILVA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 28, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE